In the Matter of Bernard F. Cecire.— Referee's report approved and proceeding dismissed. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott and Dowling, JJ.

Clotilda Sartori, Appellant, v. John Canova, Respondent.— So much of the order as set aside the verdict affirmed; so much of the order as directed a dismissal of the complaint, and the judgment dismissing the complaint, are reversed and a new trial ordered, with costs to the appellant to abide event. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Brownie Rathbone Weaverson, Respondent, v. Caroline W. Frame, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

James S. Herrman, Respondent, v. Jeanette C. Jeffe and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Millie Blumberg, Appellant, v. Jacob Corday, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to withdraw demurrer on payment of costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Elizabeth Foy Dinnean, Appellant, v. Catherine Dinnean, Respondent, Impleaded with Thomas P. Dinnean. Thomas P. Dinnean, as Administrator, etc., Appellant, and Another.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

George N. Reinhardt, Respondent, v. Edward Bottenus, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

The People of the State of New York, Respondent, v. McDermott Dairy Company, Appellant.— Judgment affirmed on *People* v. *Frudenberg* (155 App. Div. 199; affd., 209 N. Y. 218). Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Joseph Beck, Appellant, v. The Only Skirt Company, Inc., Respondent. — Order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Mulcahy & Gibson, Inc., Respondent, v. National Surety Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Harry Stambul, Respondent, v. Estate of Henry C. Miner, Inc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.; Ingraham, P. J., dissented on *Miller* v. *Waclark Realty Co.* (139 App. Div. 49) and *Myers* v. *Dean* (132 N. Y. 72).